IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOGDAN GREBINNYK, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD CUNNINGHAM, ROBERT CUNNINGHAM, THE ESTATE OF ROBERT CUNNINGHAM, RICHARD CUNNINGHAM AS ADMINISTRATOR OF THE ESTATE OF ROBERT CUNNINGHAM, PENNY CUNNINGHAM AS ADMINISTRATOR OF THE ESTATE OF ROBERT CUNNINGHAM, SHERIF AIAD AS ADMINISTRATOR OF THE ESTATE OF ROBERT CUNNINGHAM, THOMAS BALDWIN, RIVERSIDE TRANSPORT INC., and MISSOURI CAPITAL AND LEASING INC. <br><br> Defendants, | Civil Action No. 2:14-cv-00263-MBC |

## STIPULATION FOR DISMISSAL
## ORDER TO SATISFY OR SETTLE, DISCONTINUE AND END

Plaintiff BOGDAN GREBINNYK, by and through his attorney, Roza Galustyan, Esq., and the defendants, RICHARD CUNNINGHAM, ROBERT CUNNINGHAM, THE ESTATE OF ROBERT CUNNINGHAM, RICHARD CUNNINGHAM AS ADMINISTRATOR OF THE ESTATE OF ROBERT CUNNINGHAM, PENNY CUNNINGHAM AS ADMINISTRATOR OF THE ESTATE OF ROBERT CUNNINGHAM, by and through their attorney, Stephen J. Summers, Esq. of Summers, McDonnell, Hudock & Guthrie, PC, and THOMAS BALDWIN, Missouri Capital and Leasing and RIVERSIDE TRANSPORT INC., by and through their attorney, Warren L. Siegfried, Esq., of Wayman, Irvin, McAuley, LLC, hereby stipulate and agree pursuant to F.R.C.P. 41 that the above case has been settled and the parties agree to dismissal of this action against aforesaid defendants with prejudice.

Stephen J. Summers, Esq.
Attorney for Defendants.
707 Grant Street, Suite 2400
Pittsburgh, PA 15219
(412) 261-3232

Warren L. Siegfried, Esq.
Attorney for Defendants.
Three Gateway Center, Ste 1700
401 Liberty Avenue
Pittsburgh, PA 15222
(412) 566-2970

Roza Galustyan, Esq.
Attorney for Plaintiff.
65 Broadway, Suite 745
New York, NY 10006
(212) 470-4411

Sherif Aiad
As administrator of the estate of
Robert Cunningham.
68 Van Reypen Street
Jersey City, NJ 07306

AND NOW, this 22nd day of July, 2014,
IT IS SO ORDERED.

_____
UNITED STATES SENIOR DISTRICT JUDGE